IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:   18 U.S.C. §§ 2422(b) and |
| | ) | 2428 |
| SHAWN ROGER BERGSTRAND | ) | |

**Attempted Coercion and Enticement of a Minor**

The Grand Jury Charges:

From on or about June 6, 2013, to on or about July 25, 2013, in the District of North Dakota,

SHAWN ROGER BERGSTRAND

did use a facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce a minor female, who had not attained the age of 18 years, to engage in prostitution and sexual activity for which he could be charged with an offense under the laws of the State of North Dakota; namely, North Dakota Century Code, Sections 12.1-20-05 and 12.1-20-07.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of violating Title 18, United States Code, Section 2422, as charged in this Indictment,

## SHAWN ROGER BERGSTRAND

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One black Apple iPhone, Serial Number: C8PJD1NUDTF9

By virtue of commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

GLD:aap